Submitted on the record November 18, ballot title certified December 11, 2003

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S50835)

84 P3d 813

Eric C. Winters, Portland, filed the petition for petitioner.

Erika L. Hadlock, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

PER CURIAM

Balmer, J., dissented and filed an opinion in which Gillette, J., joined.

## PER CURIAM

In this ballot title review proceeding under ORS 250.085(2), petitioner contends that the Attorney General's ballot title regarding Initiative Petition 73 (2004) does not comply substantially with the requirements of ORS 250.035. *See* ORS 250.085(5) (describing that standard for judicial review of ballot titles). Initiative Petition 73, if adopted, would amend the Oregon Constitution to require the legislature to impose "a tax on gross receipts derived from or apportionable to businesses in this state," and would direct revenues that the tax raises to education. The terms "gross receipts" and "business," among other terms, are defined in the proposed measure.

We have examined petitioner's contentions and conclude that none is well taken. An opinion explaining in detail the basis for that conclusion would not benefit the public, the parties, or the bar. Accordingly, we certify to the Secretary of State the ballot title that the Attorney General certified, the text of which appears below. *See* ORS 250.085(8) (requiring that disposition).

"AMENDS CONSTITUTION: ESTABLISHES TAX
ON 'GROSS RECEIPTS' (DEFINED), LESS
CHILD HEALTHCARE CREDIT; DEDICATES
REVENUES TO PUBLIC EDUCATION

"RESULT OF 'YES' VOTE: 'Yes' vote establishes tax (up to 1.25%) on 'gross receipts' (defined) generated through Oregon activities; creates child healthcare credit; dedicates revenues to public education.

"RESULT OF 'NO' VOTE: 'No' vote rejects establishing tax on 'gross receipts' generated in Oregon (less child healthcare credit) to fund public education (preschool through higher education).

"SUMMARY: Amends constitution. Establishes tax on 'gross receipts' (defined as value received from sales, compensation for services, stock/bond trades, interest, dividends, discounts, royalties, rents, other fees) generated through activities in Oregon. Dedicates revenues to public education (preschool through higher education). Creates exemption from tax when gross receipts are under

$250,000. Establishes tax rate starting at 0.2% when gross receipts are between $250,000 and $500,000; rate increases stepwise (0.5%, 0.75%, 1.0%) to 1.25% when gross receipts exceed $10 million. Creates limited tax credit for employers who contribute to employees' child healthcare expenses. Permits other exemptions, deductions, credits. Requires legislature to establish cost-minimizing tax-administration methods. Requires school districts, others receiving revenues to publish budget summaries. Other provisions."

Ballot title certified.

**BALMER, J.**, dissenting.

I respectfully dissent for the reasons set out in my dissenting opinion in *Sizemore v. Myers (S50833)*, 336 Or 148, 84 P3d 811 (2003).

Gillette, J., joins in this dissenting opinion.